Joseph Choate, Jr. #39018
Email: jchoate@choatelaw.net
Robert P. Lewis, Jr., #57624
Email: rpljr@choatelaw.net
Bradley L. Cornell, #162384
Email: bcornell@choatelaw.net
CHOATE & CHOATE
2596 Mission Street, Suite 300
San Marino, California 91108-1679
Telephone: (213) 623-2297
Facsimile: (213) 623-6429

Counsel for Plaintiff
Abbate Family Farms

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ABBATE FAMILY FARMS LIMITED PARTNERSHIP, a California Limited Partnership, <br><br> Plaintiff, <br><br> vs. <br><br> FARMERS PROCESSING, INC., a California corporation; RAY RODRIGUEZ, an individual <br><br> Defendants. | Case No. C 09 03665JW <br><br> [~~PROPOSED~~] **ORDER ON STIPULATION RE FILING OF AMENDED COMPLAINT** <br> [Hon. James Ware] |

The Court having considered the Parties' Stipulation re Filing of Amended Complaint and finding good cause therefor, hereby Orders as follows:

///

///

///

///

1.

**[PROPOSED] ORDER ON STIPULATION RE FILING OF AMENDED COMPLAINT**

Plaintiff shall file via the Court's ECF system an Amended Complaint pursuant to said stipulation as a se*parate* docket entry on or before **November 2, 2009**

**IT IS SO ORDERED.**

DATED: October 27, 2009

_____
James Ware
United States District Judge

CHOATE AND CHOATE
2596 MISSION STREET
SUITE 300
SAN MARINO, CA 91108-1679
(213) 623-2297

**[PROPOSED] ORDER ON STIPULATION RE FILING OF AMENDED COMPLAINT**

**CERTIFICATE OF SERVICE**

A copy of the foregoing document was electronically filed and served to all counsel of record through the Court's ECF system this 20th day of October, 2009.

*/s/ Robert P. Lewis, Jr.*
Declarant