Joseph Choate, Jr.     #39018
Email: jchoate@choatelaw.net
Robert P. Lewis, Jr., #57624
Email: rpljr@choatelaw.net
Bradley L. Cornell,    #162384
Email: bcornell@choatelaw.net
CHOATE & CHOATE
2596 Mission Street, Suite 300
San Marino, California 91108-1679
Telephone:      (213) 623-2297
Facsimile:      (213) 623-6429

Counsel for Plaintiff
Abbate Family Farms

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ABBATE FAMILY FARMS LIMITED PARTNERSHIP, a California Limited Partnership, <br><br>          Plaintiff, <br><br> vs. <br><br> FARMERS PROCESSING, INC., a California corporation; RAY RODRIGUEZ, an individual <br><br>          Defendants. | Case No.  C 09 03665JW <br><br> [~~PROPOSED~~] ORDER ON STIPULATION RE FILING OF AMENDED COMPLAINT <br> [Hon. James Ware] |

     The Court having considered the Parties' Stipulation re Filing of Amended Complaint and finding good cause therefor, hereby Orders as follows:

///

///

///

///

1.
_____
[PROPOSED] ORDER ON STIPULATION RE FILING OF AMENDED COMPLAINT

1   Plaintiff shall file via the Court's ECF system an Amended
2   Complaint pursuant to said stipulation as a se*parate* docket entry on or before
3   **November 2, 2009**
4   **IT IS SO ORDERED.**
5   DATED: __October 27, 2009_____

_____
James Ware
United States District Judge

CHOATE AND CHOATE
2596 MISSION STREET
SUITE 300
SAN MARINO, CA 91108-1679
(213) 623-2297

2.
_____
[PROPOSED] ORDER ON STIPULATION RE FILING OF AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

    A copy of the foregoing document was electronically filed and served to all counsel of record through the Court's ECF system this 20th day of October, 2009.

                                                */s/ Robert P. Lewis, Jr.*
                                                Declarant

CHOATE AND CHOATE
2596 MISSION STREET
SUITE 300
SAN MARINO, CA 91108-1679
(213) 623-2297