**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ABBATE FAMILY FARMS LIMITED PARTNERSHIP, a California Limited Partnership,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FARMERS PROCESSING, INC., a California corporation; RAY RODRIGUEZ, an individual<br><br>　　　　Defendants. | Case No.　C 09 03665JW<br><br>[ ]<br><br>**ORDER RE: STIPULATION FOR ENTRY OF JUDGMENT** |

　　The court Having read and considered the Complaint on file in this action and also the <u>Stipulation for Entry of Judgment</u> entered into between Plaintiff, ABBATE FAMILY FARMS, and Defendant, FARMERS PROCESSING, INC., and good cause appearing therefore:

　　**IT IS HEREBY ORDERED** that the above <u>Stipulation</u> is approved in its entirety.

　　**IT IS FURTHER ORDERED** that the above-entitled action be dismissed with prejudice to reopen in the event of default on the part of Defendant Farmers Processing, Inc., as described in the <u>Stipulation</u> for the purpose of entering judgment in accordance with the terms herein or otherwise to enforce or interpret this <u>Stipulation</u>.

///

1.

**IT IS FURTHER ORDERED** that this court shall retain exclusive personal and subject matter jurisdiction of this case to carry out the terms of this order and enforce all terms herein.

The Clerk shall close this file.

Dated: January 28, 2010

  _____
JAMES WARE
United States District Judge