*APPROVED*
*/s/ James Ware*
*Judge James Ware*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ABBATE FAMILY FARMS LIMITED PARTNERSHIP, a California Limited Partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>FARMERS PROCESSING, INC., a California corporation; RAY RODRIGUEZ, an individual<br><br>    Defendants. | Case No.   C 09 03665JW<br><br>[/s/ James Ware]<br><br>**ORDER RE: STIPULATION FOR ENTRY OF JUDGMENT** |

    The court Having read and considered the Complaint on file in this action and also the <u>Stipulation for Entry of Judgment</u> entered into between Plaintiff, ABBATE FAMILY FARMS, and Defendant, FARMERS PROCESSING, INC., and good cause appearing therefore:

    **IT IS HEREBY ORDERED** that the above <u>Stipulation</u> is approved in its entirety.

    **IT IS FURTHER ORDERED** that the above-entitled action be dismissed with prejudice to reopen in the event of default on the part of Defendant Farmers Processing, Inc., as described in the <u>Stipulation</u> for the purpose of entering judgment in accordance with the terms herein or otherwise to enforce or interpret this <u>Stipulation</u>.

///

1.

**ORDER**

1    **IT IS FURTHER ORDERED** that this court shall retain exclusive
2 personal and subject matter jurisdiction of this case to carry out
3 the terms of this order and enforce all terms herein.
4    The Clerk shall close this file.

Dated:  January 28, 2010          _____
                                  JAMES WARE
                                  United States District Judge